1  MCGREGOR W. SCOTT
   United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  | CASE NO. 2:19-MJ-00044-DB

12 | Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE

13 | v. | 5.1(d) AND EXCLUSION OF TIME

14 | MANUEL FELIX-RIVERA, | DATE: June 6, 2019
TIME: 2:00 p.m.
15 | Defendant. | COURT: Hon. Edmund F. Brennan

16

17     Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney ROSS PEARSON, and defendant MANUEL FELIX-RIVERA, both individually and by and

19 through his counsel of record, VICTOR SHERMAN, hereby stipulate as follows:

20     1.     The Complaint in this case was filed on March 14, 2019, and defendant first appeared

21 before a judicial officer of the Court in which the charges in this case were pending on March 14, 2019.

22 The court initially set a preliminary hearing date of April 18, 2019. By stipulation and order, the Court

23 continued the preliminary hearing date to June 6, 2019.

24     2.     By this stipulation, the parties jointly move for an extension of time of the preliminary

25 hearing date to July 17, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of

26 the Federal Rules of Criminal Procedure. The government has provided discovery to defense. The

27 parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for

28 the government's continuing investigation of the case. The parties have also engaged in plea

negotiations and believe it will be possible to resolve the case without an indictment. The parties need additional time to discuss the plea, and defense counsel needs time to communicate the plea offer with his client. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 6, 2019, and July 17, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: June 3, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: May 31, 2019

/s/ VICTOR SHERMAN
VICTOR SHERMAN
Counsel for Defendant
MANUEL FELIX-RIVERA
(Authorized by email on May 31, 2019)

McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00044-DB |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MANUEL FELIX-RIVERA, | |
| Defendant. | DATE: June 6, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 30, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to July 17, 2019, at 2:00 p.m.

2. The time between June 6, 2019, and July 17, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 4, 2019

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE