MCGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>MANUEL FELIX-RIVERA,<br><br>                    Defendant. | CASE NO. 2:19-MJ-00044-DB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: July 17, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROSS PEARSON, and defendant MANUEL FELIX-RIVERA, both individually and by and through his counsel of record, VICTOR SHERMAN, hereby stipulate as follows:

1.     The Complaint in this case was filed on March 14, 2019, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 14, 2019. The court initially set a preliminary hearing date of April 18, 2019. By stipulation and order, the Court continued the preliminary hearing date to July 17, 2019.

2.     By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to August 22, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The government has provided discovery to defense. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties have also engaged in plea

negotiations and believe it will be possible to resolve the case without an indictment. Since the last continuance, the parties have met to discuss plea terms, and the government is following up on requests from Felix-Rivera regarding the terms of the plea agreement. The parties need additional time to discuss the plea, and defense counsel needs time to communicate the plea offer with his client. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 17, 2019, and August 22, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated: July 12, 2019            McGREGOR W. SCOTT
United States Attorney


/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney


Dated: July 12, 2019            /s/ VICTOR SHERMAN
VICTOR SHERMAN
Counsel for Defendant
MANUEL FELIX-RIVERA
(Authorized by email on July 12, 2019)

McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-00044-DB |
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MANUEL FELIX-RIVERA, | DATE: July 17, 2019 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 12, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 22, 2019, at 2:00 p.m.

2.     The time between July 17, 2019, and August 22, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.     Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  July 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE